STATE of Missouri, Respondent,

v.

Robert M. HAYES, Appellant.

No. WD 38471.

Missouri Court of Appeals,
Western District.

Dec. 30, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Feb. 3, 1987.

Dennis D. Goodden, Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and
MANFORD and BERREY, JJ.

ORDER

Appeal from conviction of forcible rape, § 566.030.1, RSMo Supp.1984 and sentence of twenty years' imprisonment.

Affirmed. Rule 30.25(b).